441 A.2d 792

Commonwealth v. DiPasquale, Appellant.

Submitted September 11, 1980. James T. Vernile, for appellant; Michael Kane, District Attorney, did not submit a brief on behalf of Commonwealth, appellee.

596

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Appeal quashed.